Dowd, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON WESTERFELD, | ) | CASE NO. 5:10 CV 896 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| FIRST HORIZON HOME LOANS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed.

Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.


  May 7, 2010                         s/ David D. Dowd, Jr.
Date                                              DAVID D. DOWD, JR.
                                                  UNITED STATES DISTRICT JUDGE